Wendy B. Pfau, SBN: 257215
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
Email: wpfau@potterpadillalaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE ANTHONY GUTIERREZ, | Case No.: 2:25-cv-06801-KS |
| Plaintiff, | **[PROPOSED] ORDER AWARDING** |
| vs. | **EQUAL ACCESS TO JUSTICE** |
| | **ACT ATTORNEY FEES** |
| FRANK BISIGNANO, Commissioner | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees in the amount of $8,300 (Eight Thousand, Three Hundred Dollars and No Cents) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)., subject to the terms of the above-referenced Stipulation.

Date: April 22, 2026

_____
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-